UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANDRE HAMILTON EL-SHABAZZ,

    Plaintiff,

v.      Case No. 2:05-cv-17
    HON. ROBERT HOLMES BELL

TODD DUNN, et al.,

    Defendants.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. The Court has received objections from the petitioner. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff alleges that it was error to recommend that his due process claims should be dismissed. However, plaintiff failed to establish a violation of his due process rights. Plaintiff received all the due process he is entitled. Further, plaintiff can show no violation of his religious rights. Plaintiff was classified as a Security Threat Group (STG) prisoner due to his continued involvement in STG activities, and not due to his involvement in religion. Similarly, plaintiff's equal protection and retaliation claims are unfounded.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #56) is approved and adopted as the opinion of the court.


Dated:     December 4, 2006              /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          CHIEF UNITED STATES DISTRICT JUDGE